# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMADEO SANCHEZ ) | 3:11-cv-00310-LRH (WGC) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | November 2, 2011 |
| RENEE BAKER, ) | |
| Defendant. ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: ___JENNIFER COTTER___   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

I.   Motion for Enlargement of Time (Doc. #12)

Defendant's Motion for Enlargement of Time (Doc. #12) to file a motion regarding dispositive matter is **DENIED** as moot in view of defendants' filing a Motion to Dismiss/Motion for Summary Judgment (Doc. #16).

II.   Motion for Order to Defendant to Answer (Doc. #15)

Plaintiff's Motion for Order for Defendant to Answer Plaintiff's Complaint (Doc. #15) is **DENIED** as moot in view of defendants' filing a Motion to Dismiss/Motion for Summary Judgment (Doc. #16).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
       Deputy Clerk