UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| AMADEO SANCHEZ, | ) | 3:11-cv-00310-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 14, 2012 |
| | ) | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     KATIE OGDEN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' Motion to Strike.  (Doc. #47.**)**  Defendants request that plaintiff's Reply to Defendants' Reply to Opposition to Motion for Summary Judgment (Doc. #45), which defendants have characterized as a surreply, be stricken as a fugitive document.

Pursuant to this court's order (Doc. #43), the plaintiff was afforded an opportunity to file a supplemental opposition.  The court considers plaintiff's improperly entitled "reply to reply" (Doc. #45) to be his supplemental opposition and is properly before the court.  The defendants may file a responsive memorandum on or before May 24, 2012.

However, the court agrees with defendants that plaintiff's comments at page 4 of his "reply" are inappropriate and scandalous and **shall be stricken** from plaintiff's supplemental opposition.  Plaintiff is admonished to refrain from making such comments in the future or be subject to sanctions.

Defendants' motion (Doc. #47) insofar as it requests the court to strike document #45 is **DENIED.**  In accordance with the Order (Doc. #43), defendants' reply to plaintiff's supplemental opposition is due on May 24, 2012.

**IT IS SO ORDERED.**

                                              LANCE S. WILSON, CLERK

                                              By:      /s/
                                                    Deputy Clerk