UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| AMADEO SANCHEZ, | ) | 3:11-cv-00310-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 8, 2012 |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the Court is "Plaintiff's Motion to Strike Defendant's Responses to Plaintiff's Reply and Supplemental Opposition."  (Doc. #58.)  On June 5, 2012, the court addressed in a Report and Recommendation (Doc. #56) the propriety of Defendants' Motion to Dismiss/Motion for Summary Judgment (Doc. #16).  As part of the formulation of the Court's Report, the Court took into consideration extensive briefing the parties were permitted to submit, including:

    Doc. #20: Plaintiff's Opposition
    Doc. #23: Defendant's Reply
    Doc. #40: Plaintiff's Opposition
    Doc. #44: Defendant's Reply to Plaintiff's Opposition
    Doc. #45: Plaintiff's "Reply to Defendants (sic) Reply to Opposition"
    Doc. ##51, 51-1: Plaintiff's Supplemental Opposition
    Doc. #55: Defendants' Response to Plaintiff's Supplemental Briefs

     As noted above, the Court thereafter entered its Report and Recommendation (Doc. #56) on June 5, 2012.  Therein the Court recommended granting Defendants' Motion.

MINUTES OF THE COURT
3:11-cv-00310-LRH-WGC
Date:  June 8, 2012
Page 2

The Court has considered "Plaintiff's Motion to Strike Defendant's Supplemental Opposition" (Doc. #58).  The Court finds plaintiff's motion (Doc. #58) adds no new substantive information with respect to the underlying motion (Doc. #16).  The Court also finds plaintiff's attempts to strike the defendants' memoranda to be without merit.

Plaintiff's motion to strike ( (Doc. #58) is therefore **DENIED**.

**IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                                        By:         /s/
                                                   Deputy Clerk