1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                              * * * * *
                                  )
9    AMADEO SANCHEZ,              )
                                  )
10            Plaintiff,          )          3:11-cv-00310-LRH-WGC
                                  )
11     v.                         )
                                  )          O R D E R
12   NEVADA DEPARTMENT OF         )
     CORRECTIONS, *et al.*,       )
13                                )
              Defendants.         )
14   _____ )

15        Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G.

16   Cobb (#56[1]) entered on June 5, 2012, recommending granting Defendant Renee Baker's Motion to

17   Dismiss, or Alternatively, Motion for Summary Judgment (#16) filed on October 5, 2011.  Plaintiff

18   filed his Objection to Report and Recommendation of U.S. Magistrate Judge  (#60) on June 28,

19   2012, and Defendant filed her response (#61) to Plaintiff's Objection to Report and Recommen-

20   dation of U.S. Magistrate Judge on July 16, 2012.  This matter was referred to the Magistrate Judge

21   pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United

22   States District Court for the District of Nevada.

23        The Court has conducted its *de novo* review in this case, has fully considered the objections

24   of the Plaintiff, Defendant's response, the pleadings and memoranda of the parties and other

25   _____

26        [1]Refers to court's docket number.

relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#56) entered on June 5, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#56) entered on June 5, 2012, is adopted and accepted, and Defendant's Motion for Summary Judgment (#16) is GRANTED.

IT IS SO ORDERED.

DATED this 27th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE